RECEIVED

AUG 0 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WILLIAM OMUNA | CIVIL ACTION NO. 05-0798 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JANET F. KING, ET AL. | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the entire record and noting the absence of objections to the Report and Recommendation in the record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Motion for Preliminary Injunction and for Temporary Restraining Order [Doc. No. 3] is DENIED.

MONROE, LOUISIANA this 8 day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE